IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REPUBLIC FIRST BANK,<br>    Plaintiff,<br>    v.<br><br>FIRST AMERICAN TITLE<br>INSURANCE COMPANY, et al.,<br>    Defendants. | CIVIL NO. 08-2333(NLH)(JS)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

**IT IS HEREBY** on this 20th day of December, 2010

**ORDERED** that defendants' motion for summary judgment [65] is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is directed to mark this matter as **CLOSED.**

                                    s/ Noel L. Hillman
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.